

Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

October 25, 2021

GULF RELAY LLC
1021 CLINTON INDUSTRIAL PARK
CLINTON, MS 39056

FROM:  SUMMONS DIVISION
       SECRETARY OF STATE

RE:    CASE NO: 21-CI-005729

COURT: Circuit Court Clerk
       Jefferson County
       700 West Jefferson St.
       Louisville, KY 40202
       Phone: (502) 595-3055

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) Your attorney, or
(2) The attorney filing this suit whose name should appear on the last page of the complaint, or
(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

Kentucky Secretary of State's Office       Summons Division       10/25/2021

**EXHIBIT 1**

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice     Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **21-CI-005729**<br>Court:     **CIRCUIT**<br>County: **JEFFERSON Circuit** |

Plantiff, ADKINS, CHARLES VS. CLARK, HERMON ET AL, Defendant

TO:  GULF RELAY LLC
     1021 CLINTON INDUSTRIAL PARK
     CLINTON, MS 39056

RECEIVED

OCT 22 2021

SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **10/8/2021**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____            /

                                     Served By

                                     Title

Summons ID: 393462926529361@00000984529
CIRCUIT: 21-CI-005729 Long Arm Statute – Secretary of State
ADKINS, CHARLES VS. CLARK, HERMON ET AL



Page 1 of 1

eFiled

Filed          21-CI-005729   10/08/2021       David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   21-CI-005729   10/08/2021       's/David L. Nicholson, Jefferson Circuit Clerk

NO. _____

JEFFERSON CIRCUIT COURT
DIVISION _____
JUDGE _____

*Electronically Filed*

**CHARLES ADKINS, III**                                                                 **PLAINTIFF**

v.

**HERMON CLARK**                                                                         **DEFENDANTS**
9779 Brushy Creek Road
Lucedale, Mississippi 39452

  Serve:  Office of the Secretary of State
          Summons Branch
          700 Capital Ave., Ste. 86
          Frankfort, KY 40601

AND

**GULF RELAY LLC**
1021 Clinton Industrial Park
Clinton, Mississippi 39056

  Serve:  Office of the Secretary of State
          Summons Branch
          700 Capital Ave., Ste. 86
          Frankfort, KY 40601

## COMPLAINT

\*   \*   \*   \*   \*

Come the Plaintiff, Charles Adkins, III, by and through undersigned counsel, and for his cause of action against Defendants, Hermon Clark, (hereafter, "Clark") and Gulf Relay LLC, hereby state as follows:

1. The incident giving rise to this action occurred in Louisville, Jefferson County, Kentucky.

1

Filed          21-CI-005729   10/08/2021       David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   21-CI-005729   10/08/2021       's/David L. Nicholson, Jefferson Circuit Clerk

Filed          21-CI-005729   10/08/2021        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   21-CI-005729   10/08/2021           's/David L. Nicholson, Jefferson Circuit Clerk

2. At all times relevant hereto, Plaintiff Charles Adkins, III resided in Cross Lanes, West Virginia.

3. At all times relevant hereto, Defendant Clark is believed to have resided in Lucedale, Mississippi.

4. At all times relevant hereto, Defendant Clark has the required minimum contacts in Jefferson County, Kentucky to be subject to the jurisdiction of this court.

5. At all times relevant hereto, Defendant Gulf Relay LLC is a Mississippi limited liability company located at 1021 Clinton Industrial Park, Clinton, Mississippi 39056.

6. At all times relevant hereto, Defendant Gulf Relay LLC has the required minimum contacts in Jefferson County, Kentucky to be subject to the jurisdiction of this court.

7. Plaintiff's damages are in excess of any minimum dollar amount necessary to invoke the jurisdiction of this case.

## FACTS

8. On or about November 15, 2019, Defendant Clark, while in the scope of employment with Defendant Gulf Relay LLC, negligently drove his vehicle into the rear of Plaintiff's vehicle while in traffic in Jefferson County, Kentucky.

9. As a direct and proximate result of the negligent acts and/or omissions of Defendant Clark, the Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, lost income, mental anguish and lost enjoyment of life.

2

Filed          21-CI-005729   10/08/2021        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   21-CI-005729   10/08/2021           's/David L. Nicholson, Jefferson Circuit Clerk

Filed          21-CI-005729    10-08-2021       David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   21-CI-005729   10-08-2021       /s David L. Nicholson, Jefferson Circuit Clerk

10. Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

## COUNT I – NEGLIGENCE

11. Plaintiff incorporates and re-alleges the above paragraphs as if set forth fully herein.

12. Defendant Clark had a duty to operate his vehicle in a reasonable and safe manner to protect other motorists on the roadway from injury.

13. Defendant Clark breached this duty when the vehicle he was operating collided with the Plaintiff.

14. Defendant Gulf Relay LLC, being the owner and insurer of the vehicle, is liable to the extent that Defendant Clark is liable for the damages caused to Plaintiffs.

15. The Defendant, Gulf Relay LLC, through the doctrines of Respondeat Superior and agency, were responsible for the actions, breaches, negligence, and etc. of their agents and employees who were acting in the scope of their employment/agency.

16. As a direct and proximate result of the negligent acts and/or omissions of Defendant Clark, the Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, lost wages, mental anguish, lost enjoyment of life, and property damage.

## COUNT II – NEGLIGENT HIRING AND/OR TRAINING

17. Plaintiff hereby adopts and re-alleges all allegations of the proceeding paragraphs as if fully set forth herein.

18. Defendant Gulf Relay LLC owed Plaintiff a duty of reasonable care in hiring and training agents, staff, employees, and etc.

3

Filed          21-CI-005729    10-08-2021       David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   21-CI-005729   10-08-2021       /s David L. Nicholson, Jefferson Circuit Clerk

Filed          21-CI-005729    10/08/2021        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    21-CI-005729    10/08/2021        's/David L. Nicholson, Jefferson Circuit Clerk

19. Defendant Gulf Relay LLC breached this duty by failing to properly vet, train, and/or identify staff, agents, employees, and etc. who were incompetent to serve in his/her appointed role, thus causing a danger to other drivers on Kentucky roadways, like Plaintiff.

20. Defendant Gulf Relay LLC, through the doctrines of Respondeat Superior and agency, were responsible for the actions, breaches, negligence, and etc. of their agents and employees who were acting in the scope of their employment/agency.

21. As a direct and proximate result of the negligence and careless acts and omissions of the Defendants, Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, lost wages, mental anguish, lost enjoyment of life, and property damage.

**WHEREFORE**, Plaintiff, by and through undersigned counsel, respectfully demand judgment against Defendants as follows:

1. For an amount of compensatory and punitive damages that is fair and reasonable as established by the evidence;
2. For prejudgment interest from the date of injury until such time as judgment is paid;
3. For his costs herein expended; and
4. For any and all other relief to which he may be entitled.

Respectfully submitted,

**Alex R. White, PLLC**

/S/Alex White
Alex R. White
908 Minoma Avenue

4

Filed          21-CI-005729    10/08/2021        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    21-CI-005729    10/08/2021        's/David L. Nicholson, Jefferson Circuit Clerk

Package : 000006 of 000007
Presiding Judge: HON. ANN BAILEY SMITH (630350)

Filed        21-CI-005729    10/08/2021    David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    21-CI-005729    10/08/2021    /s/David L. Nicholson, Jefferson Circuit Clerk

Louisville, KY 40217
Telephone: (502) 882-7552
Facsimile: (502) 585-3559
alex@arwhitelaw.com
*Counsel for Plaintiff*

5

Filed        21-CI-005729    10/08/2021    David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    21-CI-005729    10/08/2021    /s/David L. Nicholson, Jefferson Circuit Clerk

Package : 000007 of 000007

Presiding Judge: HON. ANN BAILEY SMITH (630350)

Package : 000007 of 000007